No. 05–5478.  RUCKER v. POTTER, POSTMASTER GENERAL, ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 05–5479.  SPENCE v. CALIFORNIA.  Ct. App. Cal., 4th App. Dist., Div. 2.  Certiorari denied.

No. 05–5480.  HUGHES v. MARSHALL, WARDEN.  C. A. 9th Cir. Certiorari denied.

No. 05–5482.  BROWN v. TEXAS.  Ct. App. Tex., 4th Dist.  Certiorari denied.

No. 05–5483.  TOTARO v. UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 05–5484.  BLUE v. UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 05–5485.  DAVISON v. UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 05–5487.  SCOTT v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 05–5488.  GRAHAM v. BLAISDELL, WARDEN.  C. A. 1st Cir. Certiorari denied.

No. 05–5489.  COE v. CROSBY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 05–5490.  JONES v. UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 05–5492.  COVINGTON v. NEW HAMPSHIRE.  Super. Ct. N. H., Strafford County.  Certiorari denied.

No. 05–5493.  CULP v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 05–5494.  CLENTSCALE v. FOLINO, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT GREENE, ET AL.  C. A. 3d Cir.  Certiorari denied.